In the Matter of the Application of IDA PRAHL, as Administratrix, etc., of EDWARD A. PRAHL, Deceased, to Discover Certain Property of the Deceased Claimed to Be Withheld. MARION PEDERSEN — IDÁ PRAHL.— Motion for leave

to appeal to the Court of Appeals and for a stay denied, with ten dollars costs and stay vacated.  Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.